## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CHRIS NGUYEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LMP AUTOMOTIVE HOLDINGS, INC., SAMER TAWFIK, and ROBERT BELLAFLORES,<br><br>Defendants. | Case No.. 0:22-cv-61019-RS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Chris Nguyen ("Plaintiff") hereby voluntarily dismisses the above-captioned action, without prejudice. As grounds thereof, Plaintiff states that no opposing party has served an answer or a motion for summary judgment. This dismissal shall have no impact on Plaintiff's ability to participate as a class member in any other class action alleging substantially similar claims against the Defendants herein.

Dated: December 7, 2022   Respectfully Submitted,

By: */s/ Leo W. Desmond*
Leo W. Desmond, Esquire
Florida Bar Number 0041920
**DESMOND LAW FIRM, P.C.**
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Telephone: 772.231.9600
Facsimile: 772.231.0300
lwd@desmondlawfirm.com

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Attorneys for Plaintiff Chris Nguyen*

**CERTIFICATE OF SERVICE**

I, Leo W. Desmond, hereby certify that on December 7, 2022, a true and accurate copy of the above document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send Notice of Electronic Filing (NEF) to all counsel of record.

*/s/ Leo W. Desmond* ____
Leo W. Desmond