UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61019-CIV-SMITH

CHRIS NGUYEN,
individually and on behalf of
all others similarly situated,

        Plaintiff,

v.

LMP AUTOMOTIVE
HOLDINGS, INC., *et al.*,

        Defendants.
_____/

### FINAL ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 17]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims are **DISMISSED without prejudice.**

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are denied as moot.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of December 2022.

                                                            RODNEY SMITH
                                                            UNITED STATES DISTRICT JUDGE

cc:    Counsel of record